Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ECO-CHIC LLC d/b/a CREDO, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-07827-ODW-MAR<br><br>Honorable Judge Otis D. Wright, II<br>Courtroom 5D, 5th Floor<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: September 30, 2021<br>Trial Date: None |

NOTICE OF SETTLEMENT

      Plaintiff, Portia Mason ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the purported class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed pursuant to the terms of the confidential settlement agreement. Plaintiff reserves the right to reopen within forty-five (45) days if a settlement is not finalized.

Dated: November 9, 2021　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/ Thiago M. Coelho*
　　　　　　　　　　　　　　　　　　Thiago M. Coelho
　　　　　　　　　　　　　　　　　　**WILSHIRE LAW FIRM**
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and Proposed Class*

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 9, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: November 9, 2021  /s/ *Thiago M. Coelho*
Thiago M. Coelho